# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAMUEL LEE HAMILTON, JR.

NO. 2025 KW 1363

**FEBRUARY 23, 2026**

---

In Re:     Samuel Lee Hamilton, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-88-0898.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

**WRIT DENIED.** On direct appeal, this court affirmed relator's attempted second degree murder sentence and conviction. **State v. Hamilton,** 561 So.2d 1021 (La. App. 1st Cir. 1990) (unpublished), writ denied, 92-2929 (La. 1/13/94), 631 So.2d 1160. The new rule of criminal procedure announced in **Ramos v. Louisiana,** 590 U.S. 83, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), is not retroactive in Louisiana. **State v. Reddick,** 2021-01893 (La. 10/21/22), 351 So.3d 273, 283. Relator's conviction and sentence were final at the time the **Ramos** decision was rendered, and he has not established an exception to the statutory time delay. See La. Code Crim. P. art. 930.8(A)(1). Furthermore, the delays to file a motion for new trial and a motion for post-verdict judgment of acquittal have run. See La. Code Crim. P. arts. 821(A) & 853(A). Thus, relator's attack on the sufficiency of the evidence is untimely as a request for postconviction relief. If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (per curiam).

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT